IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIERRA LAND, Individually;
 And, on Behalf of All Others Similarly Situated      PLAINTIFF

VS.           CASE NO. 6:21-CV-6153-SOH

CENTERFOLD ENTERTAINMENT CLUB, INC.; and,
 JESSIE ORRELL           DEFENDANTS

### RESPONSE TO PLAINTIFF'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

Comes now the Defendants, by and through their attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for their Response to Plaintiff's Motion for Partial Summary Judgment, state to this Honorable Court the following:

1. The Plaintiffs filed this action under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., and the Arkansas Minimum Wage Act

---

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 Telephone
(501) 623-2822 Facsimile
tjm@tjmlegal.com

("AMWA") A.C.A. § 11-4-201 et seq., to recover minimum wages and overtime wages allegedly owed to former employees of Defendants.

    2.    The Defendants are filing contemporaneously hereto their Brief and Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment, along with the Declaration of Jessie Orrell, in Support thereof and a Statement of Material Facts in Dispute.

    3.    As shown in the accompanying documents, Plaintiffs were not employees of the Centerfold Entertainment Club, but merely independent contractors who, therefore, have no standing under the Fair Labor Standards Act and the Arkansas Minimum Wage Act to recover minimum wages and overtime wages from the Defendants.

    **WHEREFORE**, for the reasons stated herein and in the accompanying Brief and Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Partial Summary Judgment, Defendants pray that this Honorable Court deny the Plaintiff's Motion for Partial Summary Judgment; for their attorney's fees and costs; and, for any and all other relief to which they are entitled.

                Respectfully submitted,

By:     **/s/ Travis J. Morrissey**
Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net