## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**TIERRA LAND, Individually;**
**And, on Behalf of All Others Similarly Situated          PLAINTIFF**

**VS.                    CASE NO. 6:21-CV-6153-SOH**

**CENTERFOLD ENTERTAINMENT CLUB, INC.; and,**
**JESSIE ORRELL                              DEFENDANTS**

### DECLARATION OF JESSIE ORRELL
### IN SUPPORT OF OPPOSITION
### TO PLAINTIFF'S MOTION
### FOR PARTIAL SUMMARY JUDGMENT

**STATE OF ARKANSAS**
**COUNTY OF GARLAND**

That **I, Jessie Orrell,** state that the following facts are true and correct to the best of my knowledge, and if called to testify, my statements would be substantially the same as these contained herein.

1.     At Centerfold, the Entertainers show up when they want, they leave when they want, they can wear what they want and we don't require them to purchase anything; and, further, I don't control their music.

**Declaration of Jessie Orrell in Support of Opposition
To Plaintiff's Motion for Partial Summary Judgment**

_____

2.      We provide them, for their half of money they pay me, with a building to perform, Security, a safe place to work, DJ equipment and, a DJ, who they tip out. I am not involved in tipping or paying the DJ.

3.      We provide insurance, (trip and fall for occupants of building) and they are required to do their own taxes.

4.      I pay ASCAP and BMI for the right to play music in the Club and we keep the place sanitary, as we have three (3) sanitation stations that we maintain.

5.      Centerfold gets the money from the door and, when the Dancer collect for drinks or dances, they collect the money about 80% of the time and bring it to the bar, tell us the patron is buying a drink or dance and we have a tablet to write down those transactions and keep track; at the end of the night, we keep track of all the money they have brought in and give them back ½.

6.      The Entertainers come in and I have one Rule – they can't start on Friday or Saturday; they can work Friday and Saturday if they have worked a weekday previous to that weekend, then they were eligible and had the right to work Friday or Saturday.

**Declaration of Jessie Orrell in Support of Opposition
To Plaintiff's Motion for Partial Summary Judgment**

_____

7.    One of the reasons for this Rule is that if we don't have at least 3 Entertainers we have to close Centerfold that day; in the past month two different weeks on Tuesday, we have to close because the Entertainers didn't show up and it's better to close, as Centerfold can run with 3 Entertainers but, Centerfold can't make any money and, in turn, the Entertainers are so busy they can't make any money.

8.    You can't charge patrons $20.00 to come in and see 2 Entertainers as the Dancers have the right to come and go, they make their own hours and are often unreliable. We have Entertainers driving back and forth from out of town as far away as Texarkana and beyond, they just come to town to work and go back home.

9.    If we don't have enough for a shift, we simply close, I don't call them in.

10.    No skills are required of the Dancers and I don't interview them other than requiring them to prove they are 18.

11.    No one Dancer stays for any extended period of time. They may come in and work for 3 days and you may not see them for 3 weeks, they come and go as they please.   We make a copy

**Declaration of Jessie Orrell in Support of Opposition
To Plaintiff's Motion for Partial Summary Judgment**

of their Driver's License so if they get hurt or anything we have their information, they write their real name down, they write their stage name down and a Personal Contact.

12.    Further, as I went thru a State Employment Security Audit, after the first suit Plaintiffs' attorneys filed against me, for the purpose of determining if I owed Taxes at Centerfold for employment purposes and after review, no Assessment was ever made.

13.    In conclusion, I just provide the environment, everything else is up to the Entertainer, they control how much they make, how much they work, tell me if they are only going to work the stage and not the floor, they have the right to turn down drinks and/or dances. If they don't want to interact with a certain client, they don't have to.

**FURTHER AFFIANT SAYETH NOT.**

JESSIE ORRELL
DECLARANT

**SUBSCRIBED AND SWORN** to before me this 20th day of March, 2023.

NOTARY PUBLIC

MY COMMISSION EXPIRES: