## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

**TIERRA LAND, Individually;**
 **And, on Behalf of All Others Similarly Situated        PLAINTIFF**

**VS.                CASE NO. 6:21-CV-6153-SOH**

**CENTERFOLD ENTERTAINMENT CLUB, INC.; and,**
 **JESSIE ORRELL                        DEFENDANTS**

### MOTION FOR CONTINUANCE OF SCHEDULING DEADLINES, BENCH TRIAL SCHEDULED OCTOBER 23, 2023 AND FOR SETTLEMENT CONFERENCE

Comes now the Defendants by and through their attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion, hereby state to this Honorable Court the following:

1.That the Defendant herein is in hospice care at his home and is unable to participate in a Trial of this matter at this time.

2.The Court has not previously ordered the parties to participate in a Settlement Conference herein but, Defendants would be amenable to such a Conference via Zoom.

3.That in the Plaintiffs' Pretrial Disclosure Sheet filed herein, Plaintiffs stated they remain open to settlement.

*Land v. Centerfold Club, et al.*
Motion for Extension of Discovery Deadline
 And for Continuance  Of Bench Trial Scheduled October 23, 2023

---

4. That as such, counsel herein would respectfully and humbly request an extension of the discovery deadline, requests that the Bench Trial herein be postponed for the reasons herein and that a Settlement Conference be scheduled.

5. That this Motion is made for meritorious reasons and not for purposes of delay.

**WHEREFORE,** Defendant prays that this Honorable Court extend the Discovery Deadline herein and continue the Bench Trial scheduled herein on October 23, 2023; for a Settlement Conference; and, for any and all other relief to which they may be entitled.

Respectfully submitted,

   /s/ Travis J. Morrissey
By: **Travis J. Morrissey, Arkansas Bar #99033**
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net