IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TIERRA LAND, Individually and on
Behalf of All Other Similarly Situated**                                    **PLAINTIFF**

vs.                              No. 6:21-cv-6153-SOH

**CENTERFOLD ENTERTAINMENT CLUB, INC.,
and JESSIE ORRELL**                                                          **DEFENDANTS**

## NOTICE OF APPEARANCE—SEAN SHORT

Attorney Sean Short of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiff. Mr. Short certifies that he is a member in good standing of the Bar of the Western District of Arkansas and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiff's other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com