IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIERRA LAND, Individually
and on Behalf of All Others
Similarly Situated                                                                PLAINTIFF


v.                              Case No. 6:21-cv-6153


CENTERFOLD ENTERTAINMENT
CLUB, INC. and JESSIE ORRELL                                                      DEFENDANTS

## ORDER

Before the Court is a Motion for Continuance of Scheduling Deadlines, Bench Trial Scheduled October 30, 2023, and for Settlement Conference. ECF No. 47. Defendants move the Court to continue the trial of this matter, and they also request a settlement conference. Plaintiff opposes a continuance but does not oppose Defendants' request for a settlement conference. ECF No. 49. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Motion for Continuance (ECF No. 46) is **GRANTED** insofar as it requests a continuance of the trial and a referral to a magistrate judge for settlement conference. The bench trial in this matter, currently set for the week of October 30, 2023, is cancelled. Trial will commence the week of **January 29, 2024**, at the Federal Courthouse in Hot Springs, Arkansas. All deadlines found in the Court's Final Scheduling Order (ECF No. 21) and subsequent continuance order (ECF No. 30) that have not yet passed should be modified in accordance with the new trial date.

Further, the above captioned matter is referred to a magistrate judge for settlement conference, pursuant to 28 U.S.C. § 636(b)(1)(A) and Rule 72.1 of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED**, this 25th day of September, 2023.

          /s/ Susan O. Hickey
          Susan O. Hickey
          Chief United States District Judge