**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**TIERRA LAND, Individually;**
 **And, on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

**VS.**                        **CASE NO. 6:21-CV-6153-SOH**

**CENTERFOLD ENTERTAINMENT CLUB, INC.; and,
JESSIE ORRELL**                                                        **DEFENDANTS**

**NOTICE OF SUGGESTION OF DEATH**

Come now Defendants, by and through attorney Travis J. Morrissey of the Morrissey Law Firm; and, for this Notice of Suggestion of Death, state to this Honorable Court the following:

1. That Defendant Jessie Orrell passed away on December 4, 2023.

2. That this information has been communicated to the Plaintiff's attorney.

**WHEREFORE,** Travis J. Morrissey, would therefore, make this Notice of Suggestion of Death; and, for any and all other relief to which Defendants may be entitled.

---

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
Telephone:  (501) 623-7372 or (501) 622-6767
Facsimile:   (501) 623-2822
tjm@tjmlegal.com
Website:  Hotspringslawyer.net

*Land vs. Orrell, et al.*
United States District Court – Western District of Arkansas
Hot Springs Division
Defendants' Notice of Suggestion of Death

---

                Respectfully submitted,

**By:**       **/s/ Travis J. Morrissey**
**Travis J. Morrissey, Arkansas Bar #99033**
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com
Website – Hotspringslawyer.net