IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**TIERRA LAND, Individually;**
 **And, on Behalf of All Others Similarly Situated**                               **PLAINTIFF**

**VS.**                           **CASE NO. 6:21-CV-6153-SOH**

**CENTERFOLD ENTERTAINMENT CLUB, INC.; and,**
**JESSIE ORRELL**                                                                   **DEFENDANTS**

### MOTION FOR CONTINUANCE OF BENCH TRIAL SCHEDULED JANUARY 29, 2024 AND FOR SETTLEMENT CONFERENCE

Come now the Defendants by and through their attorney, Travis J. Morrissey of the Morrissey Law Firm; and, for this Motion, hereby state to this Honorable Court the following:

1. That the Court had previously ordered the parties to participate in a Settlement Conference herein but, as this Court and counsel are aware, Defendant herein passed away on the eve of that Conference and was unable to participate in the Conference or at a Bench Trial of this matter.

2. That Defendant Orrell was the sole owner of the Centerfold Club and, the Defendant's Sons will be opening Defendant's Estate in order to be able to conduct

---

**This Document Prepared By:**

Travis J. Morrissey, Arkansas Bar #99033
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
Telephone:  501-623-7372 or 501-622-6767
Facsimile:  501-623-2822
Electronic Mail:  tjm@tjmlegal.com
Website:  Hotspringslawyer.net

business on behalf of the Defendant, do an Accounting of the Estate Assets and to ask the Probate Court to issue them Letters of Administration.

      3.    That as such Probate matter cannot be opened until after January 18, 2024, and, as time is of the essence as the Bench Trial is set on January 29, 2024, counsel herein would respectfully and humbly request requests that the Bench Trial herein be postponed for the reasons herein and that a Settlement Conference be scheduled sometime after February 1, 2024.

      4.    That this Motion is made for meritorious reasons and not for purposes of delay.

      5.    That Plaintiffs' counsel has been notified of this Motion and this counsel has just received an electronic notification reply which states that Plaintiff's counsel does oppose this continuance, which Defendant's counsel sees as unavoidable, as the deceased Defendant's Sons are not yet in a position to help this counsel prepare for a Settlement Conference or a defense for a Bench Trial of this matter.

**WHEREFORE,** Defendant prays that this Honorable Court continue the Bench Trial scheduled herein on January 29, 2024; for a Settlement Conference; and, for any and all other relief to which Defendant may be entitled.

    Respectfully submitted,
      /s/ Travis J. Morrissey
**By:  Travis J. Morrissey, Arkansas Bar #99033**
**Morrissey Law Firm**
835 Central Avenue – Suite 509
Hot Springs, Arkansas 71901
(501) 623-7372 or 622-6767 Telephone
(501) 623-2822 Facsimile
Electronic Mail - tjm@tjmlegal.com