IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIERRA LAND, Individually
and on Behalf of All Others
Similarly Situated                                                                                          PLAINTIFF

v.                                         Case No. 6:21-cv-6153

CENTERFOLD ENTERTAINMENT
CLUB, INC. and JESSIE ORRELL                                                                   DEFENDANTS

## ORDER

Before the Court is a Motion for Continuance of Bench Trial Scheduled January 29, 2024, and for Settlement Conference. ECF No. 55. Defendants move the Court to continue the trial of this matter, and they also request a settlement conference. Plaintiff does not oppose the motion. ECF No. 55. Upon consideration, the Court finds that good cause has been shown for the motion. Accordingly, the Motion for Continuance (ECF No. 55) is **GRANTED**. The bench trial in this matter, currently set for the week of January 29, 2024, is cancelled. The bench trial will commence the week of **August 26, 2024**, at the Federal Courthouse in Hot Springs, Arkansas. All deadlines found in the Court's Final Scheduling Order (ECF No. 21) that have not yet passed should be modified in accordance with the new trial date. Further, this matter has been referred to a magistrate judge for settlement conference. ECF No. 50.

**IT IS SO ORDERED**, this 18th day of January, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge