IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIERRA LAND, Individually and on Behalf
of All Others Similarly Situated                                                                PLAINTIFF

v.                                    Case No. 6:21-cv-6153

CENTERFOLD ENTERTAINMENT
CLUB, INC. and JESSIE ORRELL                                                                DEFENDANTS

## ORDER

This matter is set for bench trial the week of August 26, 2024. However, the Court notes that a settlement conference has been scheduled in this case for September 11, 2024. Thus, the Court finds that a continuance of the trial is necessary. Accordingly, all deadlines in the final scheduling order (ECF No. 21) are hereby lifted. After the settlement conference, if necessary, the Court will issue a new final scheduling order in this case.

**IT IS SO ORDERED**, this 19th day of August, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge