IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TIERRA LAND, Individually and on Behalf
of All Others Similarly Situated                                              PLAINTIFF

v.                                    Case No. 6:21-cv-6153

CENTERFOLD ENTERTAINMENT
CLUB, INC. and JESSIE ORRELL                                                DEFENDANTS

## ORDER

The Court has been notified via email that all claims in this case have been settled. Thus, the Court finds that this case should be and hereby is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 31st day of March, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge